Kenneth Edgar PATTON,
Plaintiff—Appellant,

v.

Rodney BENNETT; Patrick Mays; Jessie Downing; Delinda Woody, Nurse, Defendants—Appellees,

and

Thomas Lancaster; David Mitchell, Superintendent, Defendants.

No. 08–6925.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2008.

Decided: Dec. 31, 2008.

Kenneth Edgar Patton, Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before TRAXLER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

146

PER CURIAM:

Kenneth Edgar Patton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patton v. Lancaster*, No. 1:05–cv–00251–GCM–1, 2008 WL 1995312 (W.D.N.C. May 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*